## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **Crim. No. 13-622** |
| JEREL JACKSON | : | |

## O R D E R

AND NOW, this ___25th___ day of August, 2015, it is hereby

## O R D E R E D

that the Warden of Riverside Correctional Facility, Philadelphia, Pennsylvania and the United States Marshal for the Eastern District of Pennsylvania shall produce the body of Tiana Colon, date of birth xx/xx/90, prisoner ID#1078763, for an appearance on **Monday, October 5, 2015, at 1:00 p.m.** before the Honorable C. Darnell Jones, II, United States Courthouse, 601 Market Street, Philadelphia, PA, pursuant to the attached subpoena. Immediately upon the termination of the proceedings, the body of Tiana Colon, date of birth xx/xx/90, prisoner ID#1078763 shall be returned by the United States Marshal Service to Riverside Correctional Facility.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
United States District Judge