IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

v. : CRIM. NO. 13-622

JEREL JACKSON :

## AFFIDAVIT OF LUCIA TERRAZZER, ESQ.

1. I am an attorney and am employed as a paralegal at the United States Attorney's Office for the Eastern District of Pennsylvania.

2. I was asked to conduct research to determine the average hourly cost of psychotherapy in the area of Philadelphia, Pennsylvania.

3. As part of my research, I contacted the United States Department of Health and Human Services. They provided me with the following information for Pennsylvania based on statistics compiled from 2011:

| Pennsylvania | Number of visits in sample | Mean cost per hour |
| --- | --- | --- |
| Psychiatry | 235 | $124 |
| Psychology | 109 | $ 83 |
| Social Work | 24 | $ 80 |

4. Thus, averaging the three values for each type of provider, the mean hourly cost of psychotherapy as of 2011 in Pennsylvania was $96.

5. As part of my research, I also contacted three local hospitals that provide psychotherapy services in the City of Philadelphia: University of Pennsylvania, Drexel University, and Jefferson University. Based on the information provided, the average costs among those three universities are as follows:

<u>Psychiatry (patients needing medication as part of treatment)</u>

    Initial visit:                 $316

    Standard visit:            $201

<u>Psychology (talk therapy only)</u>

    Initial visit:                 $324

    Standard visit:            $221

The data underlying these calculations is available at the Court's request.

I swear or affirm that the above it true and correct to the best of my knowledge.

*[signature]*
LUCIA TERRAZZER
Paralegal

DATED: November 9, 2015