IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-622 |
| | : | |
| JEREL JACKSON | : | |

ORDER

AND NOW, this       day of February 2016, upon consideration of the Defendant's Motion
to Unseal Court Orders and Hearing Transcripts as to Defense and Government Counsel Only, it is
hereby

ORDERED AND DECREED

that the Defendant's Motion is hereby GRANTED, as follows:

1.     Copies of the following Orders filed under seal may be duplicated and copies
mailed to counsel for the Defendant and to counsel for the Government: Docket Document Numbers
67, 71, 72, 73 and 102.

2.     Transcripts of the following hearings which were filed under seal may be
unsealed in part, by being transcribed and copies being provided to counsel for the Defendant and
to counsel for the Government only:

a.     Hearing held on March 18, 2015, Docket, Document #83;

b.     Hearing held on November 9, 2015, sealed in part, Document #101.

3.     Defense Counsel shall not duplicate or disseminate these Orders or Transcripts
to any other party without an order from the Court.

4.     Defense Counsel may discuss and review these Orders and Transcripts with
the Defendant, but copies will not be provided to the Defendant or to any other party.

5.     Other than as set forth above, the subject court Orders and transcripts shall remain sealed.

BY THE COURT:

_____
The Honorable C. Darnell Jones, II
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-622 |
| | : | |
| JEREL JACKSON | : | |
| | : | |

DEFENDANT JEREL JACKSON'S MOTION TO UNSEAL COURT ORDERS AND HEARING
TRANSCRIPTS AS TO DEFENSE AND GOVERNMENT COUNSEL ONLY

Defendant Jerel Jackson, by and through his attorney, Luther E. Weaver, III, Esquire, respectfully Moves this Court to unseal certain Court Orders and two hearing transcripts for review by current Defense Counsel, to assist Counsel in advising the Defendant regarding potential post-plea and/or sentencing motions and sentencing. In support of said Motion, the Defendant hereby states as follows:

A.    Relevant Procedural History

1.    On November 14, 2013, a federal grand jury in the Eastern District of Pennsylvania returned a three-count Indictment against the Defendant charging him with sex trafficking and attempted sex trafficking in violation of Title 18 United States Code §1591 and §1594(a). The Indictment also contained a Notice of Forfeiture. (Docket, Document #10). (A true and correct copy of the Criminal Case Docket for this matter is attached hereto as Exhibit "A").

2.    A four-count Superseding Indictment was filed on January 22, 2015, and a five-count Second Superseding Indictment was filed on February 5, 2015. (Docket, Document ##29 and 35).

3.    While the docket entries are not entirely clear, it appears that the Defendant pled guilty to each count of the Second Superseding Indictment on or about March 18, 2015. (Docket, Document ##81-84). At the time the guilty pleas were entered, the Defendant was represented by Thomas Burke, Esquire.

4.      The docket reflects that on October 19, 2015, the Defendant filed pro se a Second Motion to Dismiss Counsel, namely Thomas Burke, Esquire. (Docket, Document #98).

5.      On October 26, 2015, this Court issued a Notice rescheduling sentencing for January 12, 2016 at 1:00 P.M. (Docket, Document #99).

6.      On or about November 23, 2015, the Court appointed undersigned Counsel to represent the Defendant in this matter in place of Mr. Burke. (Docket, Document #106).

7.      Being new to the case, on December 15, 2015, undersigned counsel filed a Motion to Continue Sentencing which was then scheduled for January 16, 2016, in order to effectively prepare for the same. (Docket, Document #108).

8.      On December 17, 2015, the Court granted the Defendant's Motion to Continue Sentencing, and rescheduled sentencing for March 28, 2016 at 1:00 P.M.. (Docket, Document #109).

B.      Basis for the Motion

9.      Undersigned counsel requires full disclosure of certain matters which occurred and were placed under seal before his representation of the Defendant, in order to adequately prepare for sentencing, which may include the filing of certain post-plea motions and sentencing motions, which are being discussed with the Defendant, and to effectively prepare for the sentencing itself.

10.      Upon review of the docket in this matter, on March 11, 2015, this Court issued four Orders which were marked filed under seal, being Docket Document Numbers 67, 71, 72 and 73. On November 10, 2015, this Court issued an Order which was placed under seal being Docket Document Number 102.

11.      Former defense counsel provided his entire file and no court orders, whether sealed or unsealed, were included in the file.

2

12.     By letter dated February 2, 2016, addressed to Assistant United States Attorney Michelle Morgan, undersigned counsel requested copies of the Orders which were filed under seal from the Government. However, on Tuesday, February 9, 2016, Ms. Morgan replied via email advising that the Government has no orders in its file. This leaves the Clerk's Office of the United States District Court as the only source for undersigned counsel to receive copies of the Orders under seal.

13.     The Defendant has requested advice from counsel regarding the filing of certain post-plea and sentencing motions. According to the Defendant, there were three hearings held by this Court during which testimony and arguments were presented, which may be relevant to counsel's analysis in advising the Defendant regarding these potential motions and also to adequately prepare for sentencing. These hearings were held as follows:

      a.     Hearing on Motions held on March 17, 2015 (Docket, Document #76);

      b.     Hearing held on March 18, 2015 (I believe change of plea) (Docket, Document #83);

      c.     Hearing held on November 9, 2015 (*sealed in part*, dismissal of counsel; appointment of new counsel) (Docket, Document #101).

14.     The transcript of the hearing on motions held on March 17, 2015, was not filed under seal. For the transcript of those proceedings, Counsel has submitted a CJA Form #24 which is awaiting Court approval.

15.     The transcripts of the hearings held on March 18, 2015 and November 9, 2015 were filed under seal, and counsel has been informed by the Clerk's Office and by the Court's Courtroom Deputy that a court order is required to have those transcripts prepared and released to undersigned counsel.

3

16.     Counsel has determined that the identified Court Orders and transcripts which were filed under seal are critical to counsel's ability to fully and adequately advise the Defendant, Jerel Jackson, with regard to any post-plea and sentencing motions and to adequately prepare for sentencing.

17.     Counsel certifies that use of these Orders and transcripts will be limited to the purposes set forth above, and will not be duplicated or disseminated to any other party without an order from this Court. The transcripts will be discussed and reviewed with the Defendant, but copies will not be provided to the Defendant or to any other party.

18.     Counsel for the Government would of course be entitled to, and would desire, copies of the identified Court Orders and transcripts should the Court grant this motion.

WHEREFORE, for the reasons cited and in the interest of justice, Defendant Jerel Jackson respectfully prays that this Court issue an order unsealing the identified Court Orders and transcripts as requested above.

Respectfully submitted,

LUTHER E. WEAVER, III, ESQUIRE
Weaver & Associates, P.C.
14th Floor, 1525 Locust Street
Philadelphia, PA 19102-3732
(215) 790-0600
Date:   February 11, 2016            Attorneys for Defendant Jerel Jackson

4

CERTIFICATE OF SERVICE

I, LUTHER E. WEAVER, III, ESQUIRE, hereby certify that I have served a copy of the within

Defendant's Motion to Unseal Court Orders and Hearing Transcripts as to Defense and Government

Counsel Only upon all attorneys of record by electronic transmission and via regular mail as follows:

> Michelle Morgan, Esquire
> Assistant United States Attorney
> Suite 1250
> 615 Chestnut Street
> Philadelphia, PA 19106-4476

_____
LUTHER E. WEAVER, III, ESQUIRE

DATE:  February 11, 2016

# EXHIBIT A

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:13-cr-00622-CDJ-1

Case title: USA v. JACKSON

Other court case number: Related to 13-562

Magistrate judge case number: 2:13-mj-01159

Date Filed: 11/14/2013

Assigned to: HONORABLE C.
DARNELL JONES, II

**Defendant (1)**

**JEREL JACKSON**
*also known as*
JINX

represented by **JEREL JACKSON**
PHILADELPHIA
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 562
PHILADELPHIA, PA 19106
PRO SE

**ANGELA HALIM**
LAW OFFICES OF ANGIE HALIM
LLC
1500 WALNUT ST 21ST FL
PHILADELPHIA, PA 19102
215-300-3229
Email: angie@halimlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**LUTHER E. WEAVER , III**
WEAVER & ASSOCIATES, PC
1525 LOCUST STREET
14TH FLOOR
PHILADELPHIA, PA 19102-3711
215-790-0600
Fax: 215-790-0628
Email: lew@leweaver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**THOMAS F. BURKE**
BORUM BURKE & DIDONATO LLC
TWO PENN CENTER PLAZA

1500 JOHN F KENNEDY BLVD STE 900
PHILADELPHIA, PA 19102
215-567-1249
Email: tburke@borumburke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**GAVIN P. HOLIHAN**
546 WEST HAMILTON STREET
SUITE 200
ALLENTOWN, PA 18101
610-841-9790
Email: gphesq@ptd.net
*TERMINATED: 09/19/2014*
*Designation: CJA Appointment*

**Pending Counts**

18:1591 and 1594(a) SEX TRAFFICKING (ATTEMPT) (1-3)

18:1591 and 1594(a) SEX TRAFFICKING (ATTEMPT) (1s-4s)

18:1591 and 1594(a) SEX TRAFFICKING (ATTEMPT) (1ss-5ss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1591 - SEX TRAFFICKING BY A MINOR OR BY FORCE

**Disposition**

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

**USA**

                               represented by  **MICHELLE MORGAN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8458
Email: michelle.morgan2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2013 | 1 | COMPLAINT as to JEREL JACKSON (1). (macsl, ) (mac, ). [2:13-mj-01159] (Entered: 10/11/2013) |
| 10/11/2013 | 2 | MOTION AND ORDER AS TO JEREL JACKSON THAT THIS IS SEALED AND IMPOUNDED UNTIL FURTHER ORDER OF THE COURT OR UNTIL NOTIFIED BY THE U.S. ATTORNEY'S OFFICE, ETC. Signed by MAGISTRATE JUDGE LYNNE A. SITARSKI on 10/11/13.10/11/13 Entered. (macsl, ) (mac, ). [2:13-mj-01159] (Entered: 10/11/2013) |
| 10/24/2013 | | Arrest of JEREL JACKSON (mac, ) [2:13-mj-01159] (Entered: 10/25/2013) |
| 10/25/2013 | 3 | Minute Entry for proceedings held before MAGISTRATE JUDGE LYNNE A. SITARSKI: Initial Appearance/AC as to JEREL JACKSON held on 10/25/13. The Government's Motion for Temporary Detention is Granted. A Detention Hearing/Hearing are set for 10/30/2013 at 1:30 PM in COURTROOM 5A before MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS. Signed by Judge Lynne A. Sitarski.Court Reporter ESR.(mac, ) [2:13-mj-01159] (Entered: 10/25/2013) |
| 10/25/2013 | 4 | CJA 23 Financial Affidavit by JEREL JACKSON (mac, ) [2:13-mj-01159] (Entered: 10/25/2013) |
| 10/30/2013 | 5 | MOTION for PRETRIAL DETENTION by USA as to JEREL JACKSON. (MORGAN, MICHELLE) [2:13-mj-01159] (Entered: 10/30/2013) |
| 10/30/2013 | 6 | CJA 20 AS TO JEREL JACKSON: APPOINTMENT OF GAVIN P. HOLIHAN, ESQUIRE for JEREL JACKSON. Signed by MAGISTRATE JUDGE LYNNE A. SITARSKI on 10/25/13.10/30/13 Entered. (mac, ) [2:13-mj-01159] (Entered: 10/30/2013) |
| 10/31/2013 | 7 | NOTICE OF ATTORNEY APPEARANCE FILED BY GAVIN P. HOLIHAN appearing for JEREL JACKSON (mac, ) [2:13-mj-01159] (Entered: 10/31/2013) |
| 10/31/2013 | 8 | Minute Entry for proceedings held before MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS: PE/PTD Hearing as to JEREL JACKSON held on 10/30/13. The Defendant stipulated to probable cause and pretrial detention. Signed by Judge Carol Sandra Moore Wells.Court Reporter ESR.(mac, ) [2:13-mj-01159] (Entered: 10/31/2013) |

| 11/01/2013 | 9 | Arrest Warrant Returned Executed on 10/24/13 in case as to JEREL JACKSON. (mac, ) [2:13-mj-01159] (Entered: 11/01/2013) |
|---|---|---|
| 11/14/2013 | 10 | INDICTMENT as to JEREL JACKSON (1) count(s) 1-3. (Attachments: # 1 Designation Form) (tj, ) (Entered: 11/14/2013) |
| 11/15/2013 | 11 | NOTICE OF HEARING as to JEREL JACKSON Arraignment set for 11/21/2013 10:30 AM before MAGISTRATE JUDGE TIMOTHY R. RICE. (aes, ) (Entered: 11/15/2013) |
| 11/22/2013 | 12 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Arraignment as to JEREL JACKSON (1) Count 1-3 held on 11/21/2013. Plea entered by JEREL JACKSON Not Guilty on all counts. Counsel have 14 days to file pretrial motions. Court Reporter ESR.(ap, ) (Entered: 11/22/2013) |
| 01/07/2014 | 13 | NOTICE OF HEARING as to JEREL JACKSON JURY TRIAL SET FOR 1/23/2014 09:00 AM BEFORE HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 01/07/2014) |
| 01/10/2014 | 14 | First MOTION to Continue *Trial Date* by JEREL JACKSON. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(HOLIHAN, GAVIN) (Entered: 01/10/2014) |
| 01/16/2014 | 15 | ORDER as to JEREL JACKSON (1) THAT PURSUANT TO 18:3161(h)(7) (A) THE 14 MOTION TO CONTINUE IS GRNATED, ETC.. Signed by HONORABLE C. DARNELL JONES, II on 1/16/2014.1/16/2014 ENTERED AND COPIES E-MAILED.(ap, ) (Entered: 01/16/2014) |
| 05/22/2014 | 16 | ORDER AS TO JEREL JACKSON THAT PRETRIAL MOTIONS SHALL BE FILED ON OR BEFORE 7/7/2014, ETC. RESPONES TO ANY SUCH PRETRIAL MOTIONS SHALL BE FILED ON OR BEFORE 7/14/2014. ON OR BEFORE 7/14/2014, EACH PARTY SHALL FILE WITH THE COURT THE FOLLOWING IN PREPARATION FOR TRIAL: PRETRIAL MEMORANDUM, ETC., POINTS FOR CHARGE, ETC., JURY VOIR DIRE AND VERDICT SHEET, ETC.. COUNSEL SHALL APPEAR ON 7/21/2014 AT 3 PM FOR A FINAL PRETRIAL CONFERENCE. Signed by HONORABLE C. DARNELL JONES, II on 5/21/2014.5/22/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 05/22/2014) |
| 05/22/2014 | 17 | NOTICE OF HEARING as to JEREL JACKSON JURY TRIAL SET FOR 7/28/2014 09:30 AM BEFORE HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 05/22/2014) |
| 06/03/2014 | 18 | Second MOTION to Continue *Trial Date* by JEREL JACKSON. (HOLIHAN, GAVIN) (Entered: 06/03/2014) |
| 06/18/2014 | 19 | ORDER AS TO JEREL JACKSON THAT PURSUANT TO 18:3161(h)(7(A), THE MOTION TO CONTINUE TRIAL IS GRANTED, ETC.. Signed by HONORABLE C. DARNELL JONES, II on 6/18/2014.6/18/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 06/18/2014) |
| 08/28/2014 | 20 | |

| | | NOTICE OF HEARING as to JEREL JACKSON HEARING SET FOR 9/11/2014 01:00 PM BEFORE HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 08/28/2014) |
|---|---|---|
| 08/28/2014 | 21 | NOTICE OF HEARING as to JEREL JACKSON Hearing set for 9/11/2014 02:00 PM before HONORABLE C. DARNELL JONES II. **NOTE TIME CHANGE(aes, ) (Entered: 08/28/2014) |
| 09/12/2014 | 22 | Minute Entry for proceedings held before HONORABLE C. DARNELL JONES, II: HEARING as to JEREL JACKSON held on 9/11/2014. Counsel, defendant present. Court opened. Defendant sworn. Introductions made for the record. Court: discussed Defendant's request for new counsel. Defense attorney - oral motion to withdraw. Court - granted. Court will appoint new counsel. Court Reporter A EL-SHABAZZ.(ap, ) (Entered: 09/12/2014) |
| 09/19/2014 | 23 | CJA 20 APPOINTMENT OF ATTORNEY THOMAS F. BURKE FOR JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 9/16/14.9/19/14 Entered. (ke) (Entered: 09/19/2014) |
| 10/02/2014 | 24 | NOTICE OF HEARING as to JEREL JACKSON Status Hearing set for 10/6/2014 02:00 PM before HONORABLE C. DARNELL JONES II. (aes) (Entered: 10/02/2014) |
| 10/06/2014 | 25 | NOTICE OF HEARING as to JEREL JACKSON JURY TRIAL SET FOR 3/18/2015 09:30 AM BEFORE HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 10/06/2014) |
| 10/06/2014 | 26 | Minute Entry for proceedings held before HONORABLE C. DARNELL JONES, II: SPEEDY TRIAL WAIVER as to JEREL JACKSON held on 10/6/2014. Present: AUSA, Defense counsel. Court opened. Introductions made for the record. Defense oral motion for waiver of speedy trial & continuance; defense was recently appointed and just received discovery. Counsel needs additional time to file pre-trial motions and prepare for trial. Court - speedy trial colloquy. Defendant agrees to continuance. Government - no objection. Court - oral motion for continuance is granted. Case is listed for jury selection 3/18/2015 at 9:30 AM. Court Reporter A. EL-SHABAZZ.(ap, ) (Entered: 10/07/2014) |
| 10/07/2014 | 27 | First MOTION for Speedy Trial *Waiver* by JEREL JACKSON. (BURKE, THOMAS) (Entered: 10/07/2014) |
| 10/07/2014 | 28 | ORDER AS TO JEREL JACKSON THAT PRETRIAL MOTIONS SHALL BE FILED ON OR BEFORE 2/4/2015, ETC. ON OR BEFORE 2/20/2015, EACH PARTY SHALL FILE WITH THE COURT THE FOLLOWING IN PREPARATION FOR TRIAL: PRETRIAL MEMORANDUM, ETC., POINTS FOR CHARGE, JURY VOIR DIRE AND VERDICT SHEET, ETC.; COUNSEL SHALL APPEAR ON 3/4/2015 AT 3 PM FOR A FINAL PRETRIAL CONFERENCE. Signed by HONORABLE C. DARNELL JONES, II on 10/6/2014.10/7/2014 Entered and Copies E-Mailed. (ap, ) (Entered: 10/07/2014) |
| 01/22/2015 | 29 | SUPERSEDING INDICTMENT as to JEREL JACKSON (1) count(s) 1s-4s. (Attachments: # 1 Designation Form) (kk, ) (Entered: 01/22/2015) |

| 02/04/2015 | 30 | MOTION in Limine *to Limit Cross Examination of its Witnesses Under F.R.E. 609* by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/5/2015 (ap, ). (Entered: 02/04/2015) |
| 02/04/2015 | 31 | MOTION to Admit *Defendant's Prior convictions Pursuant to Federal Rule of Evidence 609* by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/5/2015 (ap, ). (Entered: 02/04/2015) |
| 02/04/2015 | 32 | MOTION in Limine *to Preclude Reference to Victims' Other Sexual Behavior Pursuant to Federal Rule of Evidence 412* by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/5/2015 (ap, ). (Entered: 02/04/2015) |
| 02/04/2015 | 33 | COMBINED MOTION AND MEMORANDUM FOR EARLY PRODUTION OF JENCKS ACT MATERIALS by JEREL JACKSON. CERTIFICATE OF SERVICE. (BURKE, THOMAS) Modified on 2/5/2015 (ap, ). (Entered: 02/04/2015) |
| 02/04/2015 | 34 | SEALED MOTION By USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (FILED UNDER SEAL) (kk, ) (Entered: 02/04/2015) |
| 02/05/2015 | 35 | SECOND SUPERSEDING INDICTMENT as to JEREL JACKSON (1) count (s) 1ss-5ss. (kk, ) (Entered: 02/05/2015) |
| 02/11/2015 | 36 | GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENSE MOTION by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/12/2015 (ap, ). (Entered: 02/11/2015) |
| 02/12/2015 | 37 | ORDER AS TO JEREL JACKSON THAT THE FIRST MOTION FOR EXTENSION FO TIME TO FILE RESPONSE/REPLY (DOC. NO. 36 ) IS GRANTED. SAID RESPONSE SHALL BE FILED ON OR BEFORE 2/13/2015. Signed by HONORABLE C. DARNELL JONES, II on 2/12/2015.2/12/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 02/12/2015) |
| 02/13/2015 | 38 | RESPONSE in Opposition re 33 First MOTION for Disclosure *of Jencks Act Material* filed by USA, CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/17/2015 (ke, ). (Entered: 02/13/2015) |
| 02/13/2015 | 39 | MOTION in Limine *to Exclude Juvenile Adjudications of Person #5 and for Leave to File Out of Time* by USA as to JEREL JACKSON, CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/17/2015 (ke, ). (Entered: 02/13/2015) |
| 02/18/2015 | 40 | NOTICE OF HEARING as to JEREL JACKSON Arraignment (2nd superseding indictment) set for 2/26/2015 10:30 AM before MAGISTRATE JUDGE LINDA K. CARACAPPA. (aes, ) (Entered: 02/18/2015) |
| 02/20/2015 | 41 | Proposed Voir Dire by USA as to JEREL JACKSONCertificate of Service (MORGAN, MICHELLE) (Entered: 02/20/2015) |
| 02/20/2015 | 42 | |

| | | Jury Verdict Sheet as to JEREL JACKSON. (MORGAN, MICHELLE) Modified on 2/23/2015 (ap, ). (Entered: 02/20/2015) |
|---|---|---|
| 02/20/2015 | 43 | TRIAL MEMORANDUM by USA as to JEREL JACKSONCertificate of Service (Attachments: # 1 Exhibit Proposed Stipulations)(MORGAN, MICHELLE) (Entered: 02/20/2015) |
| 02/20/2015 | 44 | Proposed Jury Instructions by USA as to JEREL JACKSONCertificate of Service(MORGAN, MICHELLE) (Entered: 02/20/2015) |
| 02/20/2015 | 45 | SEALED SUPPELEMENTAL TRIAL MORANDUM by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (FILED UNDER SEAL)(kk, ) (Entered: 02/23/2015) |
| 02/20/2015 | 46 | SEALED MOTION by USA as to JEREL JACKSON.CERTIFICATE OF SERVICE. (FILED UNDER SEAL) (kk, ) (Entered: 02/23/2015) |
| 02/20/2015 | 47 | SEALED MOTION by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (FILED UNDER SEAL) (kk, ) (Entered: 02/23/2015) |
| 02/20/2015 | 48 | SEALED MOTION by USA as to JEREL JACKSON.(FILED UNDER SEAL) (kk, ) (Entered: 02/23/2015) |
| 02/23/2015 | 49 | First MOTION to Suppress by JEREL JACKSON. (BURKE, THOMAS) (Entered: 02/23/2015) |
| 02/23/2015 | 50 | ORDER AS TO JEREL JACKSON THAT ON OR BEFORE 2/25/2015, THE PARTIES SHALL COMPLY WITH THE DIRECTIVES OF THIS COURT'S 10/6/2014 ORDER. Signed by HONORABLE C. DARNELL JONES, II on 2/20/2015.2/23/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 02/23/2015) |
| 02/24/2015 | 51 | Joint Proposed Jury Instructions by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/25/2015 (ap, ). (Entered: 02/24/2015) |
| 02/24/2015 | 52 | Jury Verdict Sheet as to JEREL JACKSON. (MORGAN, MICHELLE) Modified on 2/25/2015 (ap, ). (Entered: 02/24/2015) |
| 02/24/2015 | 53 | Joint Proposed Voir Dire by USA as to JEREL JACKSON . CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 2/25/2015 (ap, ). (Entered: 02/24/2015) |
| 02/25/2015 | 54 | First MOTION to Suppress *Statement* by JEREL JACKSON. BRIEF IN SUPPORT.(BURKE, THOMAS) Modified on 2/26/2015 (ap, ). (Entered: 02/25/2015) |
| 02/25/2015 | 55 | (PRO SE) MOTION TO COMPEL THE GOVERNMENT TO PRODUCE SPECIFIC BRADY MATERIALS by JEREL JACKSON. CERTIFICATE OF SERVICE. (kk, ) (Entered: 02/26/2015) |
| 02/26/2015 | 56 | NOTICE OF ATTORNEY APPEARANCE THOMAS F. BURKE appearing for JEREL JACKSON (kk, ) (Entered: 02/26/2015) |
| 02/26/2015 | 57 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before MAGISTRATE JUDGE LINDA K. CARACAPPA RE:Arraignment as to JEREL JACKSON (1) Count 1ss-5ss held on 2/26/2015. PLEA: NOT GUILTY TO ALL COUNTS. COUNSEL HAVE 14 DAYS TO FILE PRETRIAL MOTIONS. SIGNED BY JUDGE CARACAPPA.Court Reporter ESR.(kk, ) (Entered: 02/27/2015) |
| 02/27/2015 | 58 | NOTICE OF HEARING as to JEREL JACKSON Status Hearing set for 3/4/2015 04:15 PM before HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 02/27/2015) |
| 02/27/2015 | 59 | NOTICE OF HEARING as to JEREL JACKSON Status Hearing set for 3/2/2015 04:15 PM before HONORABLE C. DARNELL JONES II. Continued from 3/4/15.(aes) (Entered: 02/27/2015) |
| 03/02/2015 | 60 | Government's Omnibus Response in Opposition to Defendant's Motion 49 to Suppress the Serach of [sic] and Motion 54 to Suppress Statement/Confession filed by USA. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 3/3/2015 (ap, ). (Entered: 03/02/2015) |
| 03/02/2015 | 61 | RESPONSE in Opposition re 55 MOTION to Compel *Government to Produce Specific Brady Material* filed by USA. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 3/3/2015 (ap, ). (Entered: 03/02/2015) |
| 03/03/2015 | 62 | NOTICE OF HEARING ON MOTION in case as to JEREL JACKSON 34 MOTION for Protective Order, 33 First MOTION for Disclosure *of Jencks Act Material*, 39 MOTION in Limine *to Exclude Juvenile Adjudications of Person #5 and for Leave to File Out of Time*, 49 First MOTION to Suppress , 54 First MOTION to Suppress *Statement*, 32 MOTION in Limine *to Preclude Reference to Victims' Other Sexual Behavior Pursuant to Federal Rule of Evidence 412*, 46 MOTION to Seal Document, 48 MOTION to Seal Document, 55 MOTION to Compel, 31 MOTION to Admit *Defendant's Prior convictions Pursuant to Federal Rule of Evidence 609*, 47 MOTION for Protective Order, 30 MOTION in Limine *to Limit Cross Examination of its Witnesses Under F.R.E. 609* : MOTION HEARING SET FOR 3/16/2015 02:00 PM BEFORE HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 03/03/2015) |
| 03/09/2015 | 63 | Trial Memorandum by JEREL JACKSON (BURKE, THOMAS) Modified on 3/10/2015 (ap, ). (Entered: 03/09/2015) |
| 03/11/2015 | 67 | SEAELD ORDER as to JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 3/11/2015.3/11/2015 ENTERED AND COPIES MAILED. (FILED UNDER SEAL)(kk, ) (Entered: 03/11/2015) |
| 03/11/2015 | 69 | ORDER as to JEREL JACKSON THAT THE GOVT MOTION IN LIMINE TO LIMIT CROSS EXAMINATION OF ITS WITNESSES UNDER F.R.E. 609 30 IS GRANTED IN PART AND DENIED IN PART; THE GOVT MOTION TO ADMIT DEFT PRIOR CONVICTIONS PURSUANT TO F.R.F. 609 31 IS DENIED WITHOUT PREJUDICE. THE GOVT MOTION IN LIMINE TO PRECLUDE REFERENCE TO VICTIMS' OTHER SEXUAL BEHAVIOR PURSUANT TO F.R.E. 412 32 IS DENIED WITHOUT PREJUDICE. DEFT MOTION FOR EARLY PRODUCTION OF JENCKS |

| | | |
|---|---|---|
| | | ACT MATERIAL 33 IS DENIED AS MOOT. THE GOVT MOTION IN LIMINE TO EXCLUDE JUVENILE ADJUDICATIONS OF PERSON #5 AND LEAVE TO FILE OUT OF TIME 39 IS GRANTED WITH RESPECT TO THE GOVT REQUEST TO FILE OUT OF TIME. DEFT PRO SE MOTION TO COMPEL THE GOVT TO PRODUCT SPECIFIC BRADY MATERIALS 55 IS DENIED WITHOUT PREJUDICE, ETC. Signed by HONORABLE C. DARNELL JONES, II on 3/11/2015.3/12/2015 ENTERED AND COPIES MAILED TO PRO SE DEFT AND E-MAILED.(kk, ) (Entered: 03/12/2015) |
| 03/11/2015 | 71 | SEALED ORDER as to JEREL JACKSON (1). Signed by HONORABLE C. DARNELL JONES, II on 3/11/2015.3/12/2015 ENTERED AND COPIES MAILED.(kk, ) (Entered: 03/12/2015) |
| 03/11/2015 | 72 | SEALED ORDER as to JEREL JACKSON (1). Signed by HONORABLE C. DARNELL JONES, II on 3/11/2015.3/12/2015 ENTERED AND COPIES MAILED. (FILED UNDER SEAL)(kk, ) (Entered: 03/12/2015) |
| 03/11/2015 | 73 | SEALED ORDER as to JEREL JACKSON (1). Signed by HONORABLE C. DARNELL JONES, II on 3/11/2015.3/12/2015 ENTERED AND COPIES MAILED. (FILED UNDER SEAL)(kk, ) (Entered: 03/12/2015) |
| 03/12/2015 | 68 | MOTION to Admit *Defendant's Acts of Witness Tampering* by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 3/13/2015 (ap, ). (Entered: 03/12/2015) |
| 03/12/2015 | 70 | MOTION in Limine *for a Determination that Records Qualify as Business Records Under Federal Rule of Evidence 803(6)* by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibit Attachment A (list of admissible exhibits), # 2 Exhibit Attachment B (certificates of authenticity of business records))(MORGAN, MICHELLE) Modified on 3/13/2015 (ap, ). (Entered: 03/12/2015) |
| 03/13/2015 | 74 | RESPONSE to Motion by JEREL JACKSON re 70 MOTION in Limine *for a Determination that Records Qualify as Business Records Under Federal Rule of Evidence 803(6)*, 68 MOTION to Admit *Defendant's Acts of Witness Tampering* (BURKE, THOMAS) (Entered: 03/13/2015) |
| 03/16/2015 | 75 | (PRO SE) MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT WITH PREJUDICE DUE TO VIOLATION OF THE SPEEDY TRIAL ACT OF 1974 by JEREL JACKSON. CERTIFICATE OF SERVICE. (kk, ) (Entered: 03/16/2015) |
| 03/17/2015 | 76 | Minute Entry for proceedings held before HONORABLE C. DARNELL JONES, II RE:Motion Hearing as to JEREL JACKSON held on 3/17/2015. COUNSEL PRESENT. DEFENSE MOTION TO SUPPRESS (DOC. NO.54) - ARGUED. GOVT WITNESSES CALLED, SWORN, AND EXAMINED. EXHIBITS OFFERED, EXAMINED AND ADMITTED. ARGUMENT ON: GOVT MOTION IN LIMINE (DOC. NO.39); GOVT MOTION TO ADMIT DEFENDANT'S ACTS OF WITNESS TAMPERING (DOC. NO.68) GOV MOTION IN LIMINE - STIPULATION ENTERED BY COUNSEL (DOC. NO.70). COURT- MOTION(#39) - DENIED, MOTION (#68 AND #70) - |

| | | GRANTED. DEFT ORAL MOTION FOR CONTINUANCE. COURT - DENIED, JURY SELECTION TO COMMENCE 3/18/2015.Court Reporter ESR.(kk, ) (Entered: 03/17/2015) |
|---|---|---|
| 03/17/2015 | 77 | ORDER AS TO JEREL JACKSON THAT UPON THIS COURT'S SUA SPONTE REVIEW OF SAID MATTER SUBSEQUENT TO A HEARING ON SAME JUST HOURS PRIOR, THIS COURT DETERMINED THAT ITS RULING CONSTITUTED A CLEAR ERROR OF LAW. ACCORDINGLY, THE GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE JUVENILE ADJUDICATIONS OF PERSON #5 (DOC. NO. 39 ) IS HEREBY GRANTED. Signed by HONORABLE C. DARNELL JONES, II on 3/17/2015.3/17/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 03/17/2015) |
| 03/17/2015 | 78 | ORDER as to JEREL JACKSON THAT THE MOTION IN LIMINE FOR A DETERMINATION THAT RECORDS QUALIFY AS BUSINESS RECORDS UNDER FED.R.E. 803(6) (DOC. NO. 70 ) IS GRANTED. Signed by HONORABLE C. DARNELL JONES, II on 3/16/2015.3/17/2015 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 03/17/2015) |
| 03/17/2015 | 80 | ORDER as to JEREL JACKSON THAT THE DEFT MOTION TO SUPPRESS THE SEARCH OF CELL PHONE 49 ; DEFT'S MOTION TO SUPPRESS STATEMENT/CONFESSION 54 ARE DENIED. Signed by HONORABLE C. DARNELL JONES, II on 3/17/2015.3/17/2015 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 03/17/2015) |
| 03/18/2015 | 81 | NOTICE OF HEARING as to JEREL JACKSON Sentencing set for 6/10/2015 01:00 PM before HONORABLE C. DARNELL JONES II. SENTENCING MEMORANDA DUE VIA EMAIL IN WORD FORMAT ON OR BEFORE 6/1/15.(aes, ) (Entered: 03/18/2015) |
| 03/18/2015 | 82 | ORDER as to JEREL JACKSON (1) THAT DEFT'S PRO SE MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT WITH PREJUDICE DUE TO VIOLATION OF THE SPEEDY TRIAL ACT OF 1974 75 IS DENIED. Signed by HONORABLE C. DARNELL JONES, II on 3/17/2015.3/18/2015 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(kk, ) Modified on 3/19/2015 (ap, ). (Entered: 03/18/2015) |
| 03/18/2015 | 83 | SEALED Minute Entry for proceedings held before HONORABLE C. DARNELL JONES, II as to JEREL JACKSON held on 3/18/2015.Court Reporter ESR.(kk, ) (Entered: 03/19/2015) |
| 03/18/2015 | 84 | Plea Document as to JEREL JACKSON. (FILED UNDER SEAL) (kk, ) (Entered: 03/19/2015) |
| 05/15/2015 | 85 | First MOTION to Continue Sentence by JEREL JACKSON. CERTIFICATE OF SERVICE. (BURKE, THOMAS) Modified on 5/18/2015 (ap, ). (Entered: 05/15/2015) |
| 05/19/2015 | 86 | ORDER as to JEREL JACKSON THAT THE MOTION FOR CONTINUANCE OF SENTENCING 85 IS GRANTED. Signed by HONORABLE C. DARNELL JONES, II on 5/18/2015.5/19/2015 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 05/19/2015) |

| | | |
|---|---|---|
| 06/09/2015 | 87 | NOTICE OF HEARING as to JEREL JACKSON Sentencing set for 7/8/2015 01:00 PM before HONORABLE C. DARNELL JONES II. SENTENCING MEMORANDA DUE VIAL EMAIL ON OR BEFORE 6/29/15.(aes, ) (Entered: 06/09/2015) |
| 06/30/2015 | 88 | Second MOTION to Continue Sentence by JEREL JACKSON. CERTIFICATE OF SERVICE. (BURKE, THOMAS) Modified on 7/1/2015 (ap, ). (Entered: 06/30/2015) |
| 07/08/2015 | 89 | (PRO SE) MOTION TO DISMISS COUNSEL by JEREL JACKSON. (kk, ) (Entered: 07/08/2015) |
| 07/08/2015 | 90 | ORDER as to JEREL JACKSON THAT MOTION FOR CONTINUANCE OF SENTENCING 88 IS GRANTED. Signed by HONORABLE C. DARNELL JONES, II on 7/8/2015.7/8/2015 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 07/08/2015) |
| 08/05/2015 | 91 | NOTICE OF HEARING as to JEREL JACKSON Sentencing set for 10/5/2015 01:00 PM before HONORABLE C. DARNELL JONES II. SENTENCING MEMORANDA DUE VIA EMAIL IN WORD FORMAT ON OR BEFORE 9/25/15.(aes, ) (Entered: 08/05/2015) |
| 08/20/2015 | 92 | MOTION for Writ of Habeas Corpus ad testificandum by USA as to JEREL JACKSON. CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 8/21/2015 (ap, ). (Entered: 08/20/2015) |
| 08/24/2015 | 93 | ORDER as to JEREL JACKSON (1) THAT DEFENDANT'S PRO SE 89 MOTION TO DISMISS COUNSEL IS DENIED AS MOOT. Signed by HONORABLE C. DARNELL JONES, II on 8/24/2015.8/24/2015 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(ap, ) (Entered: 08/24/2015) |
| 08/26/2015 | 94 | ORDER AS TO JEREL JACKSON THAT THE WARDEN OF RIVERSIDE CORRECTIONAL FACILITY AND THE U.S. MARSHAL FOR THE EDPA SHALL PRODUCE THE BODY OF TIANA COLON FOR AN APPEARANCE ON 10/5/2015 BEFORE THE HONORABLE C. DARNELL JONES, II, ETC. Signed by HONORABLE C. DARNELL JONES, II on 8/25/2015.8/26/2015 Entered and Copies E-Mailed. (kk, ) Modified on 8/26/2015 (kk, ). (Entered: 08/26/2015) |
| 09/25/2015 | 95 | SENTENCING MEMORANDUM and Certificate of Service by USA as to JEREL JACKSON (MORGAN, MICHELLE) (Entered: 09/25/2015) |
| 09/29/2015 | 96 | SENTENCING MEMORANDUM by JEREL JACKSON (BURKE, THOMAS) (Entered: 09/29/2015) |
| 10/06/2015 | 97 | Supplemental SENTENCING MEMORANDUM by USA as to JEREL JACKSON . CERTIFICATE OF SERVICE. (MORGAN, MICHELLE) Modified on 10/7/2015 (ap, ). (Entered: 10/06/2015) |
| 10/19/2015 | 98 | (PRO SE) 2ND MOTION TO DISMISS COUNSEL by JEREL JACKSON. (ke, ) (Entered: 10/19/2015) |
| 10/26/2015 | 99 | |

| | | NOTICE OF HEARING as to JEREL JACKSON Sentencing set for 1/12/2016 01:00 PM before HONORABLE C. DARNELL JONES II. CONTINUED FROM 10/5/15. SENTENCING MEMORANDA DUE VIA EMAIL IN WORD FORMAT ON OR BEFORE 1/5/16.(aes, ) (Entered: 10/26/2015) |
|---|---|---|
| 11/03/2015 | 100 | NOTICE OF HEARING as to JEREL JACKSON Status Hearing set for 11/9/2015 02:00 PM before HONORABLE C. DARNELL JONES II. (aes, ) (Entered: 11/03/2015) |
| 11/10/2015 | 101 | Minute Entry for proceedings held before HONORABLE C. DARNELL JONES, II RE: APPOINTMENT OF COUNSEL as to JEREL JACKSON held on 11/9/2015. DEFT SWORN. DEFT SUBMITTED LETTER REQUESTION APPOINTED COUNSEL AND FIRING CURRENT COUNSEL. EX PARTE SEALED DISCUSSION WITH DEFT AND COUNSEL. THOMAS BURKE THANKED AND EXCUSED AS COUNSEL, ANGIE HALIM APPOINTED TO REPRESENT THE DEFT. SENTENCING HEARING WILL REMAIN AS SCHEUDLED. Court Reporter ESR.(kk, ) (Entered: 11/12/2015) |
| 11/10/2015 | 102 | SEALED ORDER AS TO JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 11/9/2015.11/12/2015 Entered and Copies Mailed. (FILED UNDER SEAL) (kk, ) (Entered: 11/12/2015) |
| 11/17/2015 | 103 | AFFIDAVIT by USA as to JEREL JACKSON 97 Sentencing Memorandum filed by USA (MORGAN, MICHELLE) (Entered: 11/17/2015) |
| 11/20/2015 | 104 | CJA 20 AS TO JEREL JACKSON: APPOINTMENT OF ATTORNEY for JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 11/9/2015.11/23/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 11/23/2015) |
| 11/20/2015 | 105 | CJA 20 AS TO JEREL JACKSON: APPOINTMENT OF ATTORNEY for JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 11/13/215.11/23/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 11/23/2015) |
| 11/23/2015 | 106 | CJA 20 AS TO JEREL JACKSON: APPOINTMENT OF ATTORNEY for JEREL JACKSON. Signed by HONORABLE C. DARNELL JONES, II on 11/13/2015.11/24/2015 Entered and Copies E-Mailed. (kk, ) (Entered: 11/24/2015) |
| 12/15/2015 | 107 | MOTION to Continue Sentence by JEREL JACKSON. CERTIFICATE OF SERVICE. (WEAVER, LUTHER) Modified on 12/16/2015 (ap, ). (Entered: 12/15/2015) |
| 12/17/2015 | 108 | NOTICE OF HEARING as to JEREL JACKSON Sentencing Hearing set for 3/28/2016 01:00 PM before HONORABLE C. DARNELL JONES II. CONTINUED FROM 1/12/16. SENTENCING DOCUMENTS DUE VIA EMAIL IN WORD FORMAT ON OR BEFORE 3/18/16.(aes, ) (Entered: 12/17/2015) |
| 12/17/2015 | 109 | ORDER as to JEREL JACKSON THAT THE MOTION FOR CONTINUANCE OF SENTENCING 107 IS GRANTED. Signed by |

| | | HONORABLE C. DARNELL JONES, II on 12/16/2015. 12/18/2015 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 12/18/2015) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/11/2016 08:34:17 | | |
| **PACER Login:** lw1495:3239155:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:13-cr-00622-CDJ |
| **Billable Pages:** 8 | **Cost:** | 0.80 |