UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )  13-CR-622-1
    )
    )
    vs.    )
    )
    )
JEREL JACKSON,    )
    )  Philadelphia, PA
    )  December 19, 2018
    Defendant.    )  10:14 a.m.

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    MICHELLE L. MORGAN, ESQUIRE
    ASSISTANT UNITED STATES ATTORNEY
    UNITED STATES ATTORNEY'S OFFICE
    615 Chestnut Street
    Suite 1250
    Philadelphia, PA  19106-4476

For the Defendant:    MARK T. WILSON, ESQUIRE
    FEDERAL COMMUNITY DEFENDERS OFFICE
    Eastern District of Pennsylvania
    601 Walnut Street
    Suite 540-W
    Philadelphia, PA   19106

Audio Operator:    A'iSHAH EL-SHABAZZ

Transcribed by:    DIANA DOMAN TRANSCRIBING, LLC
    P.O. Box 129
    Gibbsboro, New Jersey  08026-0129
    Office:  (856) 435-7172
    Fax:     (856) 435-7124
    Email:   dianadoman@comcast.net

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

1                              I N D E X

2    STATEMENT OF THE DEFENDANT:                      PAGE

3          By Mr. Jackson                              3

4

5    ARGUMENT:                                         PAGE

6    Re:   Sentencing

7          By Mr. Wilson                               4

8          By Ms. Morgan                               7

9

10   DECISION OF THE COURT:                            PAGE

11         By Judge Jones                              7

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (The following was heard in open court at 10:14

2   a.m.)

3        THE COURT:  This is the matter of the United States

4   of America versus Jerel Jackson, Criminal Number 13-622.

5        Counsel, would you identify yourselves for the

6   record, please?

7        MS. MORGAN:  Good afternoon, Your Honor.  Michelle

8   Morgan for the United States and with me is Special Agent

9   Glenn Booth from the FBI.

10        THE COURT:  Good morning.

11        SPECIAL AGENT BOOTH:  Good morning.

12        MR. WILSON:  Good morning, Your Honor.  Mark Wilson

13   from the Federal Defenders on behalf of Mr. Jackson.

14        THE COURT:  Good morning.  And good morning, Mr.

15   Jackson.

16        THE DEFENDANT:  Good morning, Your Honor.

17        THE COURT:  Now, Mr. Jackson, I understand that you

18   wanted to speak to me before we began.

19        THE DEFENDANT:  Yes.  I wanted to say that I'm not

20   prepared for sentencing today due to the lack of communication

21   I had with Mr. Wilson, getting in touch with him over the past

22   month or so.

23        I mean, I don't know what we're arguing today or

24   anything.  I just need time to speak to him.  I know he's been

25   busy and everything else, but, I mean, that don't got nothing

1   to do with me.  And I've been trying to get in touch with him.

2   You know, I left messages for him to get in touch back with

3   me, he hasn't.  And I'm not just prepared to go forward today.

4           I've got other things that I wanted to discuss with

5   him and, you know, witnesses and different things and I'm not

6   prepared at all for anything.

7           THE COURT:  Mr. Wilson?

8           MR. WILSON:  Yes, Your Honor.  Your Honor, I do take

9   responsibility for the lack of communication the past month

10  and I apologize to the Court.  I apologized to Mr. Jackson

11  last night.

12          I did meet with him for a while last night and, you

13  know, we went over a lot of stuff.  I understand his concern

14  and the matters that we discussed last night that need further

15  attention.

16          Unfortunately, when Ms. Sarner left our office

17  recently I got four new cases, two of which are very complex

18  and I have trial dates in the next month.  And it's not that I

19  haven't been working.  I just haven't been able to give

20  attention to Mr. Jackson and I apologize for that.

21          THE COURT:  Counsel, the concern that the Court has

22  is I'm hearing this now, today, when the courtroom is full of

23  people who I'm sure sacrificed their time to come down here

24  today.

25          And I, frankly, spent an enormous amount of time

1    preparing for this and had I known I would have done other

2    things for other defendant litigants as well.

3            MR. WILSON:  And I apologize, Your Honor.  Until

4    last night I had intended to proceed today.  After I spoke to

5    Mr. Jackson last night I did speak to his mother and let her

6    know that he was interested in moving this matter to a later

7    date so that we could have more time to prepare and I do

8    apologize.

9            Your Honor, there is one other related issue with

10   respect to this that it would appear from looking at --

11   perusal of the prior transcripts I guess there were two

12   sentencing hearings previously, that it would appear that the

13   presentence investigation report needs to be updated from the

14   one that I have from 2015.  And that's another reason I would

15   ask that we have an updated report before we proceed further.

16           THE COURT:  When you say updated, updated in what

17   respect?

18           MR. WILSON:  With respect to things that were raised

19   by Mr. -- I wasn't at the last sentencing hearing, but things

20   that were raised by Mr. Weaver that Your Honor addressed at

21   the last hearing that I think should be reflected in the

22   presentence investigation report.

23           There is the issue of his GED that he apparently --

24   Mr. Weaver was able to present a copy of the GED record that

25   he received from St. Gabes.  There was -- there's other

Wilson - Argument                                           6

1    information that I think needs to be included in the report

2    and I --

3              THE COURT:  Are you saying that it wasn't brought to

4    my attention or it wasn't in the presentence investigation

5    report?

6              MR. WILSON:  It was -- it was brought to your

7    attention, it wasn't in the presentence report and it wasn't

8    in any --

9              THE COURT:  Well, if it was brought to my attention

10   I heard it.

11             MR. WILSON:  Right, right.

12             THE COURT:  It was in open court and on the record.

13             MR. WILSON:  But the report needs to be updated,

14   Your Honor, for purposes of his prison conditions.  They --

15   they rely heavily on that report to make determinations.

16             THE COURT:  I am aware that that is something that

17   the Court is obliged to take into consideration given the

18   length of time.  Nevertheless, I'm not inclined to tell Ms.

19   Maxwell, who has diligently prepared this, thoroughly so at

20   the last occasion, to go back and start all over again.

21             MR. WILSON:  Oh, I'm not --

22             THE COURT:  If there's something specific --

23             MR. WILSON:  I'm not suggesting that it needs --

24             THE COURT:  -- that you want the Court to know about

25   you can either direct the Court's attention to it by providing

1    it yourself or, in the alternative, providing it to Ms.

2    Maxwell, but it won't be going back and doing wholesale --

3              MR. WILSON:  And that's not what I'm asking for,

4    Your Honor, but I would need time to address the matters that

5    do need to be changed in the report after speaking to my

6    client last night.

7              THE COURT:  Let me hear from the Government, please.

8              MS. MORGAN:  Your Honor, I'm not sure what specific

9    matters Mr. Wilson is referring to.

10             The only interest the Government has in the revision

11   of the report is specifically in regard to what the Third

12   Circuit held regarding the calculations of the Guidelines and

13   the ultimate Guideline range, so we would ask that the report

14   be revised in that regard.

15             To the extent that any objections were raised as to

16   the facts set forth in the report that were sustained by the

17   Court I think it would be appropriate to modify those

18   individual facts, but beyond that I agree with the Court that

19   there's no need to start this process all over again.

20             MR. WILSON:  And, Your Honor, that is not what I'm

21   asking or suggesting.  I just would --

22             THE COURT:  Mr. Wilson, this is what I'm going to

23   do, two things.

24             One, because I am obliged to do so based upon what

25   the defendant has represented the Court, I will continue this

The Court - Decision                                   8

1   matter.  However, I'm going to direct you to write in detail

2   as a proffer exactly what it is that you want to present to

3   the Court, one.

4           And, two, what you want Ms. Maxwell, through the

5   Probation Department, to present to the Court in any way

6   modifying the prior presentence investigation report.

7           Once you serve that on the Government and on the

8   Court then we will jointly decide what can be included and

9   what cannot be included because, again, I have a mandate from

10  the Third Circuit by reason of one number off on the Guideline

11  score.

12          But I also am aware that taking it all into

13  consideration, the 3553 factors, that if, for example,

14  something else would weigh in that would affect those -- the

15  Guidelines by reason of the sentencing range I'm obliged to

16  take that into consideration.  I understand that, but no

17  wholesale --

18          MR. WILSON:  And, Your Honor, I do sincerely

19  apologize.  I don't -- as a general matter I don't like having

20  to do this and I think I've done it very rarely in my career.

21          But I -- but I -- Mr. Jackson and I had a long

22  conversation last night.  He wasn't -- he was, understandably,

23  upset and we hashed that out, but I think he's right that we

24  do require additional time.

25          THE COURT:  All right.  I'm going to give you a date

The Court - Decision                           9

1   certain by which to serve upon counsel for the Government the

2   specificity that you wish to present relative to the

3   presentence investigation report.  There's no need at this

4   juncture to serve it upon the Probation Department because

5   both the Government and I will have to review it first and the

6   three of us will come to a decision as to what's admissible

7   and what's not.

8           MR. WILSON:  Your Honor, may I request December --

9   Friday, December 28th?

10          THE COURT:  To submit?

11          MR. WILSON:  To submit.

12          THE COURT:  Sure.  Does the Government wish an

13  opportunity to respond in writing to this or not?

14          MS. MORGAN:  I do, Your Honor.  I'd like a week to

15  respond.

16          THE COURT:  All right.  December 28th defense

17  counsel is to submit the proffer and bear with me a moment,

18  please.

19          (Pause in proceedings)

20          MS. MORGAN:  The date is January 4th, Your Honor.

21          THE COURT:  Okay.

22          (Pause in proceedings)

23          THE COURT:  After you give me your submissions on

24  the 4th of January I'll review them and then I'll set a date

25  within a reasonably short time thereafter to reconvene for a

1  status listing and the defendant will certainly be present for

2  me to apprise all of you as to what I'm going to allow and

3  what I won't allow.

4          Now, thereafter I'm going to set another sentencing

5  date.  Now, you said you had two trials that you are scheduled

6  for, Mr. Wilson?

7          MR. WILSON:  Fraud case, so it will take about a

8  week and a half, scheduled for January 14th.

9          And then another fraud case, so it will take about a

10 week and that's scheduled for January 28th.

11         I have with Your Honor a relatively brief trial

12 scheduled December 13th that should be a two, three week time.

13         THE COURT:  December 13th?

14         MS. MORGAN:  That has passed.

15         MR. WILSON:  I'm sorry, February 13th.  I apologize.

16 I was thinking of a two and I put a one.

17         (Pause in proceedings)

18         THE COURT:  Well, right now I'm looking at

19 Wednesday, February 20th for sentencing or Wednesday, February

20 27th.

21         (Pause in proceedings)

22         MS. MORGAN:  The Government is available on the

23 20th, Your Honor.  I have a 10:00 a.m. sentencing on the 27th

24 and otherwise available.

25         THE COURT:  All right.

1          MR. WILSON:  Actually, I have a 10:00 a.m.

2    sentencing on the 27th with Ms. Morgan.

3          And on the 20th at 2:00 p.m. I have a sentencing in

4    front of Judge Brody following trial.  It should be -- that's

5    at 2:00 p.m.

6          THE COURT:  Can we do this on Wednesday, February

7    20th at 10:00 a.m.?

8          MS. MORGAN:  Yes, Your Honor.

9          MR. WILSON:  I can do that, Your Honor.

10          THE COURT:  All right.  Now, your task --

11          MR. WILSON:  Yes.

12          THE COURT:  -- must be disposed that date.

13          MR. WILSON:  Understood.

14          THE COURT:  Any questions?

15          (Pause in proceedings)

16          THE COURT:  We're adjourned.  Thank you very much.

17          MR. WILSON:  Thank you, Your Honor.

18          MS. MORGAN:  Thank you, Your Honor.

19          (Proceedings concluded at 10:26 a.m.)

20

21                              * * *

22

23

24

25

1

**C E R T I F I C A T I O N**

2

3

4

5              I, Joan Pace, court approved transcriber, certify

6    that the foregoing is a correct transcript from the official

7    electronic sound recording of the proceedings in the above-

8    entitled matter.

9

10

11

12       /s/Joan Pace                        November 24, 2020

13    JOAN PACE

14    DIANA DOMAN TRANSCRIBING, LLC