# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:13-cr-00622-JDW |
| | : | |
| v. | : | |
| | : | |
| **JEREL JACKSON** | : | |

## ORDER

**AND NOW**, this 3rd day of May, 2023, upon consideration of Jerel Jackson's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (ECF No. 189), and all supporting submissions, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**, and a certificate of appealability shall not issue.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Joshua D. Wolson, J.